**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 21, 2015

Hon. Leah J. O'Leary
Assist. Atorney General
P. O. Box 12548
Austin, TX 78711-2547
* DELIVERED VIA E-MAIL *

Tracey Murphy
#835047
Beto One
1391 F.M. 3328
Tennessee Colony, TX 75880

Re:     Cause No. 13-13-00480-CV
Tr.Ct.No. B-12-1539-CV-A
Style:     TRACEY MURPHY #835047 v. CANDICE MOORE, ET AL.


Appellant's motion for rehearing and motion for rehearing en banc reconsideration in the above cause were this day DENIED by this Court.


Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch